## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-666-JST(PJWx) | Date | October 12, 2010 |
|---|---|---|---|
| Title | LLR LOGISTICS LLC v. K&R TRANSPORTATION LOGISTICS INC., etc., et al. | | |

| Present: The Honorable | JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE |
|---|---|

| Ellen Matheson | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Megan Lee | Gregg S. Garfinkel |
| | Howard I. Camhi |

**Proceedings:** DEFENDANT AND CROSS-COMPLAINANT SCHULZ TRANSPORTATION SERVICES INC.'S MOTION FOR SUMMARY JUDGMENT

Cause called. Hearing held. Tentative Ruling provided to counsel prior to proceedings. Counsel argue. The Tentative Ruling will be the order of the Court, which will be separately filed. Defendant and Cross-Complainant Schulz Transportation Services Inc.'s Motion for Summary Judgment is GRANTED.

00 : 10

Initials of Preparer   enm