UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 10-0666-JST (PJWx)                    Date:  January 26, 2011
Title:  LLR LOGISTICS, LLC v. K & R TRANSPORTATION, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

|    Ellen Matheson    |    N/A    |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                      Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE FOR FAILURE TO FILE A MEMORANDUM OF CONTENTIONS OF FACT AND LAW**

On September 2, 2010, the Court issued an Order on Court Trial that ordered the parties to file a Memorandum of Contentions of Fact and Law no later than twenty-one (21) days before the Final Pretrial Conference. (Order on Court Trial, Doc. 59.) To date, the Court has not received a Memorandum of Contentions of Fact and Law from Plaintiff, LLR Logistics, LLC or Defendant, Schulz Transportation Services, Inc.

Accordingly, the Court orders counsel to show cause why the Court should not dismiss this matter and/or issue sanctions for those parties that have failed to file a Memorandum of Contentions of Fact and Law.  No later than January 28, 2011 at 5:00 p.m., counsel shall file the document and a separate written response explaining their disregard of the Court's Order on Court Trial.

Initials of Preparer:  _____