UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. CV 10-666-JST (PJWx)                                             Date: February 1, 2011
Title: LLR Logistics LLC v. K&R Transportation Logistics, Inc. et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

   Ellen Matheson                                                                       N/A   
    Deputy Clerk                                                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

  Not Present                                                                   Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE REGARDING UPCOMING TRIAL AND SETTING AN OSC HEARING FOR FEBRUARY 14, 2011 at 1:30 P.M.**

     This case involves an interpleader action between Plaintiff LLR Logistics, LLC and Defendants K&R Transportation, Schulz Transportation Services, Inc., Transam Financial Services, Inc., and Fred Meyer, Inc.[1] (Doc. 1.)  On September 9, 2010, Plaintiff deposited $70,000 with the United States District for the Central District of California, which represented the disputed amount over which Defendants each made a claim.  (Doc. 62.)  On October 14, 2010, the Court granted Cross-Claimant Schulz's motion for summary judgment against Cross-Defendant Fred Meyer.  (Doc. 77.)

     On January 24, 2011, Defendant Transam filed a Memorandum of Contentions of Fact and Law in preparation of a Final Pretrial Conference on February 14, 2011.  (Doc. 80.)  No other party filed such document.  On January 26, 2011, the Court issued an Order to Show Cause ("OSC") for Plaintiff LLR's and Defendant Schulz's failure to file timely Memoranda of Contentions of Fact and Law.  (Doc. 83.)

     The next day, LLR filed a notice of dismissal as to Fred Meyer (Doc. 84), and LLR's counsel, Lisa Tan, filed a declaration in response to the OSC stating that she did not file a Memorandum initially because "Plaintiff's sole obligation here was the deposit of the funds into the interpleader which Plaintiff has satisfied."  (Tan Decl., Doc. 86, ¶ 3.)  Schulz's counsel, Gregg Garfinkel, also filed a declaration in response to the OSC stating that he "believed that the Court's ruling on October 14, 2010 granting summary judgment in favor of Schulz Transportation Services, Inc., and against Fred Meyer, Inc., effectively

---

[1] Fred Meyer did not make an appearance in this action as a Defendant, but did so as a Cross-Defendant.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 10-666-JST (PJWx)                          Date:  February 1, 2011
Title:  LLR Logistics LLC v. K&R Transportation Logistics, Inc. et al.

eliminated all controversies involving my client." (Garfinkel Decl., Doc. 89, ¶ 2.) Attorney Garfinkel also informed the Court that on January 25, 2011, Schulz and Fred Meyer "reached a settlement of the entirety of issues existing between them." (*Id.* ¶ 3.) All of this led attorney Garfinkel "to believe that this case was effectively over as to my client." (*Id.* ¶ 4.)

      Hence, Transam appears to be the only remaining party seeking the interpled funds, which would obviate the need for the trial scheduled for March 1, 2011. To date, however, the parties have not provided the Court with a notice of settlement involving all remaining parties, or notices of dismissal as to parties no longer seeking the interpled funds, i.e. Schulz.

      Accordingly, by no later than **Monday, February 7, 2011**, the parties shall file all necessary documents resolving all controversies over the interpled funds. Unless notice of settlement and or dismissal as to all parties is filed by that date, a hearing regarding this matter is set for **Monday, February 14, 2011 at 1:30 p.m.** The January 26, 2011 OSC is hereby discharged.

                                                                                           Initials of Preparer:  enm