JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLR LOGISTICS, LLC<br><br>Plaintiff,<br>vs.<br><br>K&R TRANSPORTATION LOGISTICS, INC., SCHULZ TRANSPORTATION SERVICES, INC., TRANSAM FINANCIAL SERVICES, INC., FRED MEYER, INC.<br><br>Defendant. | CASE NO. CV 10-666-JST (PJWx)<br><br><br><br>**JUDGMENT** |
| SCHULZ TRANSPORTATION SERVICES, INC.<br><br>Cross-Claimant,<br>vs.<br>FRED MEYER, INC., K&R TRANSPORTATION LOGISTICS, INC.<br><br>Cross-Defendants. | |

1

The Court having granted Cross-Claimant Schulz Transportation Services, Inc.'s Motion for Summary Judgment against Cross-Defendant Fred Meyer, Inc., IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Court enters Judgment in favor of Cross-Claimant Schulz and against Cross-Defendant Fred Meyer
2. Schulz shall recover $87,800 plus an additional $7,046.65 in prejudgment interest accrued at a rate of 10% from December 23, 2009 to October 12, 2010 from Fred Meyer.
3. Schulz shall recover its costs incurred in prosecuting this matter from Fred Meyer, subject to Schulz filing a bill of costs pursuant to Local Rule 54-3.
4. The funds paid to Schulz from Fred Meyer shall not come from the interpled funds.

Finding that Transam Financial Services, Inc. is the only Defendant who remains in the case and who claims an interest in the interpled funds, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Transam is entitled to the $70,000 in interpled funds, which shall be paid over to Transam by the Clerk of the Court.

DATED: February 16, 2011

_____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE